In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00114-CV
_____

**VALERI S. VARNADO, ADMINISTRATRIX OF
THE ESTATE OF VERNON VARNADO, Appellant**

**V.**

**R & D MARBLE, INC., RANDALL CHELETTE AND JAMES TRAHAN,
Appellees**

**On Appeal from the County Court at Law No. 4
Montgomery County, Texas
Trial Cause No. 10-08-08378 CV**

**ORDER**

Counsel of record for Appellant Valeri S. Varnado filed a motion to withdraw as counsel. The motion lists the current deadlines and settings in the case, contains the party's name and last known address, and states that a copy of the motion was delivered to the party. *See* Tex. R. App. P. 6.5(a). A copy of the appellant's consent to the withdrawal is attached to the motion. Counsel requests an extension of time for filing the appellant's rely brief.

1

The motion to withdraw as counsel for the appellant is GRANTED. Tex. R. App. P. 6.5. All notices in the appeal will be sent to Valeri S. Varnado, *pro se,* at P.O. Box 22316, Beaumont, Texas 77720.

The appellant's motion for an extension of time to file the reply brief of the appellant is GRANTED. The reply brief is due November 19, 2012.

ORDER ENTERED October 11, 2012.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.